IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES KYLE TINDOL, III,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:13-cv-00092-WKW-WC |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **REVENUE, ALABAMA PERSONNEL** ) | |
| **DEPARTMENT, JACKIE GRAHAM, in** ) | |
| her individual and official capacities, ) | |
| **JULIE MAGEE, in her individual and** ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |

## EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT SUBMITTED ON BEHALF OF JACKIE GRAHAM AND JULIE MAGEE IN THEIR INDIVIDUAL CAPACITIES

In support of the Motion for Summary Judgment filed on this date, Defendants Jackie Graham and Julie Magee, in their individual capacities, submit the following evidence:

| Exhibit | Description |
|---|---|
| 1 | Affidavit of Jackie Graham and its Exhibits |
| 2 | Affidavit of Julie Magee |
| 3 | Deposition of Julie Magee |
| 4 | Deposition of Kenneth C. Ball |
| 5 | Kenneth Ball Declaration |
| 6 | Deposition of Holley Tindol |
| 7 | Deposition of James Kyle Tindol, III |
| 8 | Exhibit 1 to Deposition of James Kyle Tindol, III |
| 9 | Exhibit 2 to Deposition of James Kyle Tindol, III |
| 10 | Deposition of Jackie Graham |
| 11 | Exhibit 1 to Deposition of Holley Tindol |
| 12 | Affidavit of Linda Ellis and its Exhibits |
| 13 | Exhibit 47 to Deposition of James Kyle Tindol, III |
| 14 | Deposition of Linda Ellis |
| 15 | Exhibit 8 to Deposition of Linda Ellis |
| 16 | Exhibit 10 to Deposition of Jackie Graham |
| 17 | Exhibit 21 to Deposition of James Kyle Tindol, III |

Respectfully submitted,

/s/ Patricia R. Osuch
Barbara J. Wells (GIL037)
Patricia R. Osuch (ROM012)

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
Email: bjw@chlaw.com
Email: pro@chlaw.com

*Attorneys for Defendants Jackie Graham and Julie Magee, in their individual capacities*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record listed below:

| | |
|---|---|
| John D. Saxon, Esq.<br>Donna Smith Cude, Esq.<br>**JOHN D. SAXON, P.C.**<br>2119 Third Avenue North<br>Birmingham, AL 35203<br>Email: jsaxon@saxonattorneys.com<br>Email: dcude@saxonattorneys.com | Mays R. Jemison, Esq.<br>**JEMISON & MENDELSOHN, PC**<br>1772 Platt Place<br>Montgomery, AL 36117<br>Email: office@jmfirm.com |
| Alice Ann Byrne, Esq.<br>Tara S. Hetzel, Esq.<br>**ALABAMA STATE PERSONNEL DEPARTMENT**<br>Legal Division<br>64 North Union Street, Suite 316<br>Montgomery, Alabama 36130-1400<br>Email: aliceann.byrne@personnel.alabama.gov<br>Email: tara.hetzel@personnel.alabama.gov | Gwendolyn B. Garner, Esq.<br>Kelley Askew Gillikin, Esq.<br>**ALABAMA DEPARTMENT OF REVENUE**<br>Post Office Box 320001<br>Montgomery, AL 36132-0001<br>Email: Gwendolyn.garner@revenue.alabama.gov<br>Email: kelley.gillikin@revenue.alabama.gov |

/s/ Patricia R. Osuch
Of Counsel