IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES KYLE TINDOL, III,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action No.:** |
| ) | **2:13-CV-00092-WKW-WC** |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **REVENUE, ALABAMA** ) | |
| **PERSONNEL DEPARTMENT,** ) | |
| **JACKIE GRAHAM, in her** ) | |
| **individual and official** ) | |
| **capacities, JULIE MAGEE, in her** ) | |
| **individual and official capacities,** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S EVIDENTIARY SUBMISSION IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT

**COMES NOW** the Plaintiff, J. Kyle Tindol, by and through his attorneys of record, and submits the following evidence in support of his Motion for Partial Summary Judgment, **indexed as follows**:

Exhibit 1.   Excerpts from the Deposition of J. Kyle Tindol and designated exhibits thereto ("J. Kyle Tindol Dep. p. __, DEX__");

Exhibit 2.   Declaration of J. Kyle Tindol and exhibit thereto ("Decl. J. Kyle Tindol ¶ __");

Exhibit 3.   Excerpts from Defendants' Production, Bates-stamped as Defendants 0186 - 0192 ("Exh. 3");

Exhibit 4.   Declaration of Kenneth C. Ball, former Director of Information Technology Division of the Department of Revenue and exhibits thereto ("Decl. Ball ¶__and Exs. ___");

Exhibit 5.   Declaration of Holley F. Tindol ("Decl. H. Tindol ¶__);

Exhibit 6.   Excerpts from Deposition of Holley F. Tindol ("H. Tindol Dep. p. __");

Exhibit 7.   Excerpts from Deposition of Linda Ellis, Corporate Representative of the Department of Revenue ("Ellis Dep. p. __");

Exhibit 8.   Excerpts from Deposition of Kenneth C. Ball (Ball Dep. p. __");

Exhibit 9.   Excerpts from Defendants' Production, Bates -stamped as Defendants 1589 - 1593 ("Ex. 9");

Exhibit 10.   Excerpts from Deposition of Commissioner Julie Magee ("Magee Dep. p. __");

Exhibit 11.   Excerpts from Revenue Defendants' Responses to Requests for Admission ("Revenue Defendants' Resp. to Request for Admission No. __"); and

Exhibit 12.   Excerpts from Defendant Alabama Personnel Department's Responses to First Requests for Admission ("Personnel Department's Resp. to Request for Admission No. __").

                                                      **Respectfully submitted,**

                                                      **/s/ Donna S. Cude**
                                                    **John D. Saxon**
                                                    **Alabama Bar No. ASB-3258-071J**
                                                    **Donna S. Cude**
                                                    **Alabama Bar No. ASB-7680-W18A**
                                                    **Attorneys for Plaintiff**

**OF COUNSEL:**

**JOHN D. SAXON, P.C.**
**2119 3rd Avenue North**
**Birmingham, AL 35203**
**Telephone:  (205) 324-0223**
**Facsimile:  (205) 323-1583**
**Email:**  **jsaxon@saxonattorneys.com**
                **dcude@saxonattorneys.com**

## CERTIFICATE OF SERVICE

       I hereby certify that I have served the above *Plaintiff's Evidentiary Submission in Support of Plaintiff's Motion for Partial Summary Judgment* on the following counsel of record by electronically filing the same with the CM/ECF system, which will send electronic notification to:

                           **Barbara Jean Wells**
                       **CAPELL & HOWARD, P.C.**
                       **150 South Perry Street**
                        **Post Office Box 2069**
                   **Montgomery, AL 36102-2069**
                             **(334)241-8000**

**Patricia R. Osuch**
**CAPELL & HOWARD, P.C.**
**150 South Perry Street**
**Post Office Box 2069**
**Montgomery, AL 36102-2069**
**(334)241-8000**

**Gwendolyn Bulger Garner**
**State of Alabama Department of Revenue**
**Legal Division**
**P O Box 320001**
**Montgomery, AL 36132-0001**
**(334)242-9690**

**Kelley Askew Gillikin**
**State of Alabama Department of Revenue**
**50 North Ripley Street**
**P. O. Box 320001**
**Montgomery, AL 36104**
**(334)242-9690**

**Tara S. Hertzel**
**Alabama State Personnel Department**
**Legal Division**
**64 N. Union Street**
**Montgomery, AL 36130**
**(334)353-0046**

**Alice Ann Byrne**
**Alabama State Personnel Department**
**Legal Division**
**300 Folsom Administrative Building**
**64 N. Union Street**
**Montgomery, AL 36130-4100**

**Mays Jemison**
**Jemison and Mendelsohn, P.C.**
**1772 Platt Place**
**Montgomery, Alabama 36117**
**(334)213-2323**
**office@jmfirm.com**

**DONE** this the 18th day of July, 2014.

                                                  /s/ Donna S. Cude
                                                **OF COUNSEL**